# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAHMIL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02464-SHL-tmp |
| ) | |
| THOMAS HENRY GUNNISON and ) | |
| SCOTT GUNNISON, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' notice of removal (ECF No. 1), filed April 29, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the joint Stipulation of Dismissal with Prejudice (ECF No. 23), filed July 24, 2025, all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 25, 2025
Date